Commonwealth ex rel. Keller, Appellant, *v.*
Myers.

Submitted March 23, 1961. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Joseph Keller,* appellant, in propria persona.

*Ward F. Clark,* Assistant District Attorney, and *Paul R. Beckert,* District Attorney, for appellee.

OPINION PER CURIAM, March 30, 1961:

The Order of the Court of Common Pleas of Bucks County is affirmed on the opinion of Judge JOHN P. FULLAM for the court below, reported at 23 Pa. D. & C. 2d 789.